OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 19 2015

10/15/2015
LOWE, DOMINICK          Tr. Ct. No. 1226453-A          WR-79,664-03

Pursuant to Rule 79.2 (d), applicant's Motion for Reconsideration/Rehearing has been dismissed.

Abel Acosta, Clerk

DOMINICK LOWE
HODGE UNIT - TDC #1679134
P.O. BOX 999
RUSK, TX 75785

U TF

:BN3B 75785